UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GREEN and CHARLES WITCHER,<br><br>    Plaintiffs,<br><br>v.<br><br>CREDITOR IUSTUS ET REMEDIUM, LLP d/b/a CIR, LAW OFFICES, LLP,<br><br>    Defendant. | CASE NO. 1:13-cv-01414-JLT<br><br>ORDER ON STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE ON AUGUST 28, 2014 |

**ORDER**

IT IS HEREBY ORDERED that the Settlement Conference set for August 28, 2014 is continued to October 8, 2014 at 9:30 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **August 4, 2014**              /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE