# UNITED STATES DISTRCT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRY GREEN, et al.<br><br>        Plaintiff,<br><br>    v.<br><br>CREDITOR IUSTUS ET REMEDIUM, LLP, et al.<br><br>        Defendants. | Case No.: 1:13-cv-01414- JLT<br><br>**ORDER GRANTING STIPULATION FOR CONDITIONAL ENTRY OF JUDGMENT**<br><br>**(Doc. 35)** |

On February 17, 2015, the parties notified the Court they had come to an agreement to settle the matter. (Doc. 35)  The agreement requires Defendant to pay certain sums in four payments. Id. at 2.  In the event of a default in payments, the parties agree that Plaintiff will request entry of judgment against Defendant. Id. at 2.  Therefore the Court **ORDERS**:

1.  No later than May 22, 2015, the parties SHALL file a joint request for dismissal of the action;

2.  All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

///

///

///

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:  **February 18, 2015**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE