UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GREEN, et al. | Case No.: 1:13-cv-01414- JLT |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE THE REQUEST FOR DISMISSAL** |
| v. | |
| CREDITOR IUSTUS ET REMEDIUM, LLP, et al. | |
| Defendants. | |

On February 17, 2015, the parties notified the Court they had come to an agreement to settle the matter. (Doc. 35) The agreement required Defendant to pay certain sums in four payments, the last of which was due on May 18, 2015. Id. at 2. In the event of a default in payments, the parties agreed that Plaintiff would request entry of judgment against Defendant. Id. at 2. Thus, the Court ordered the parties to file a stipulation of dismissal no later than May 22, 2015. (Doc. 36) Not only has this not occurred but Plaintiff has not sought entry of default. Thus, the Court **ORDERS** the parties to show cause in writing within 14 days why sanctions should not be imposed for their failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   **June 9, 2015**               /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE