Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GREEN, et al., | Case No.:  1:13-cv-01414-LJO-JLT |
| Plaintiffs | **Order on Stipulation to Dismiss Entire Action** |
| v. | |
| CREDITOR IUSTUS ET REMEDIUM, LLP, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal, this Court hereby dismisses the above-captioned action in its entirety with prejudice. Each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **June 12, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE